USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

              - against -

DEVON JONES,

                     Defendant.

**22 CR 384 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On August 10, 2022, Magistrate Judge Lehrburger held a bail hearing in this matter and ordered that Defendant be detained on dangerousness grounds. Defendant sought review of Magistrate Judge Lehrburger's denial of bail, and the Court held a bail appeal hearing on October 21, 2022.

Upon de novo review of the materials in the record and the hearing conducted on October 21, 2022, the Court sustained the findings of Magistrate Judge Lehrburger and found the denial of bail appropriate. Defendant's application is hereby denied.

**SO ORDERED:**

Dated:    22 November 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.