

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2023
```

January 3, 2023

**BY ECF**
The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Devon Jones*, 22 Cr 384 (VM)

Dear Judge Marrero,

   The Government writes to respectfully request an adjournment of the conference scheduled for Friday, January 20, 2023, and to schedule a sentencing date in the above-referenced case. On December 16, 2022, the defendant pleaded guilty before the Honorable James L. Cott. The parties are prepared to proceed to sentencing and understand that the Court is available on Friday, April 28, 2023, at 11 a.m. Accordingly, the parties respectfully request that the Court schedule sentencing for that date and time.

                              Respectfully,

                              DAMIAN WILLIAMS
                              United States Attorney

                         by: _____
                              Lisa Daniels
                              Assistant United States Attorney

cc: Counsel (ECF)

**Request GRANTED.** The status conference in the above-captioned matter, currently scheduled for January 20, 2023, is hereby adjourned, and the sentencing of the defendant is hereby scheduled for April 28, 2023 at 11:00 a.m.

**SO ORDERED.**

1/4/2023
DATE

VICTOR MARRERO, U.S.D.J.