USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

DEVON JONES,

                  Defendant.

**22 CR 384 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

Upon review of Defendant's unopposed request to amend the case caption, the Court hereby orders that the case caption for this action be amended to reflect Defendant's proper first name ("Davone Jones"). The new case caption shall be as follows:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

DAVONE JONES,

                  Defendant.

**22 CR 384 (VM)**

---

The Clerk of Court is respectfully directed to amend the case caption in this case to reflect the above-listed caption. The Court also respectfully directs the United States

Marshals Service to amend the spelling of Defendant's first name to "Davone" in its system.

**SO ORDERED.**

Dated:     17 April 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.