

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2023
```

April 18, 2023

**BY ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Davone Jones*, 22 Cr 384 (VM)

Dear Judge Marrero,

    The Government writes to respectfully request an adjournment of sentencing scheduled for Friday, April 28, 2023 in the above-referenced case to Friday, May 5, 2023, at 10:00 a.m. The Government has conferred with counsel for the defendant who has informed the Government that the defense does not object to this request.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney

    by: _____
        Lisa Daniels
        Assistant United States Attorney

cc: Counsel (ECF)

---

**Request GRANTED.** The sentencing in the above-captioned matter, currently scheduled for April 28, 2023, is hereby adjourned to May 5, 2023 at 10:00 a.m.

**SO ORDERED.**

4/19/2023
DATE                       VICTOR MARRERO, U.S.D.J.